AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )       Case No. 7:25cr633
303 Weston Valley Dr, Moore, South Carolina; 2015 )
Cadillac Escalade SC tag AV0524FU; Cellular phone )
related to number (864)360-0107, in relation to CARSON )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Property associated with Darrius Jermaine CARSON to include: 303 Weston Valley Drive in Moore, South Carolina; 2015 Cadillac Escalade SC tag AV0524FU and cellular phone related to(864) 316-0107, as described in Attachment A.

located in the _____ District of _____South Carolina_____ , there is now concealed *(identify the person or describe the property to be seized)*:
Records and fruits, evidence, and instrumentalies of violations of Title 21 United States Code, Sections 841(a)(1) and 846 and Title 18 United States Code Section 1956 involving Darrius Jermaine CARSON as described in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance(s) |
| 21 U.S.C. § 846 | Conspiracy to Distribute a Controlled Substance(s) |
| 18 U.S.C. § 1956 | Money Laundering |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Heather Cox-McClain, Senior Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 5/1/25

_____
Judge's signature

City and state: Greenville, SC        The Honorable William S. Brown, U.S. Magistrate
Printed name and title